UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

GREGORY TAUBER,

    Plaintiff,

v.

ACCOUNTS RECEIVABLE MANAGEMENT, INC.,

    Defendant.

_____/

07-61698

CIV-COHN

MAGISTRATE JUDGE SELTZER

## ORIGINAL COMPLAINT

1. Plaintiff, GREGORY TAUBER (hereinafter "TAUBER"), alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§ 1331, 1337 and 15 U.S.C. § 1692k. Venue in this District is proper because Plaintiff resides within the District and Defendant's principal place of business is located in this District.

## PARTIES

3. Plaintiff, TAUBER, is a natural person who resides in Broward County, Florida.

4. Defendant, ACCOUNTS RECEIVABLE MANAGEMENT, INC. is a business entity with its principal place of business at 155 Mid Atlantic Parkway, Thorofare, New Jersey 08086.

5. The Defendant regularly uses the United States mail and/or instrumentalities of interstate commerce in a business, the principal purpose of which is the collection of debts or regularly collects or attempts to collect debts for other parties. It is a "debt collector" as defined

1

in the FDCPA.

## FACTUAL ALLEGATIONS

6. Defendant sought to collect from Plaintiff an alleged debt incurred for personal purposes.

7. Defendant left the following misleading automated message on Plaintiff's voice mail on or about the date stated:

October 4, 2007:

"Hello. My name is 'Renada Simmons' message is for Gregory Tauber. Please return my call at 1-800-220-3350 extension 6386. I will be in the office until 5:00pm Eastern Standard Time today. Your reference number is 9903695. Thank you."

8. The message is "communications" as defined by 15 U.S.C. § 1692a(2).

9. Defendant failed to inform Plaintiff in the message that the communication was from a debt collector.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

10. Plaintiff incorporates Paragraphs 1 through 9.

11. Defendant failed to disclose in the phone message that it is a debt collector in violation of 15 U.S.C. § 1692e(11). *See Foti* v. *NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006).

**WHEREFORE,** Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Statutory damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

12. Plaintiff incorporates Paragraphs 1 through 9.

13. Defendant placed a telephone call to Plaintiff without making meaningful disclosure of its identity when it failed to disclose the purpose of Defendant's communication in the telephone message in violation of 15 U.S.C. § 1692d(6).

**WHEREFORE,** Plaintiff requests that the Court enter judgment in favor of Plaintiff against Defendant for:

    a. Statutory damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

Dated: November 19, 2007
Fort Lauderdale, Florida

Respectfully submitted,

BY: _____
Dion J. Cassata
Fla. Bar No. 672564
*dion@cassatahanson.com*

**CASSATA & HANSON, P.L.**
320 Southeast Tenth Court
Fort Lauderdale, Florida 33316

Phone: (954) 364-7803
Facsimile: (954) 251-4787

3

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THIS FORM.)

**I. (a) PLAINTIFF**
GREGORY TAUBER

07-61698

**DEFENDANTS**
ACCOUNTS RECEIVABLE MANAGEMENT, INC.

CIV-COHN
MAGISTRATE JUDGE SELTZER

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** (EXCEPT IN U.S. PLAINTIFF CASES)
BROWARD

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(C) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)**
CASSATA & HANSON, P.L., 320 Southeast Tenth Court, Fort Lauderdale, Florida 33316, (954) 364-7803

**ATTORNEYS (IF KNOWN)**
07cv61698-JIC/BSS

**(d) CIRCLE COUNTY WHERE ACTION AROSE**
MONROE, **BROWARD**, DADE, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicates Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (FOR DIVERSITY CASES ONLY)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 |  |  |  |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
|  |  |  | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

THIS SUIT SEEKS TO REMEDY VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

**IVA.** __1__ days estimated (for both sides) to try entire case

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORT | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug-Related Seizure of Prop. 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury— Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced & Corrupt Organization |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | SOCIAL SECURITY | ☐ 850 Securities/Commodity/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 861 HIA (13958) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders Suits | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | | ☐ 864 SSID Title XVI | ☐ 892 Econ. Stabilization Act |
| ☐ 195 Contract Product Liab. | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determ. Equal Access/Justice |
| ☐ 230 Rent, Lease & Eject. | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | | ☐ 950 Const. of State Statute |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | | ☒ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus and Other | | | |
| ☐ 290 All Other Real Prop. | | ☐ 550 Other | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**  None  (See instructions)
JUDGE
DOCKET NO.

DATE: 11/19/2007
SIGNATURE OF ATTORNEY OF RECORD

Amount: $350.00

FOR OFFICE USE ONLY: Receipt No. 541596
Date Paid: ____
M/ifp: ____

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 9/94

SCANNED