UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61698-CIV-COHN/SELTZER

GREGORY TAUBER,

    Plaintiff,

v.

ACCOUNTS RECEIVABLE
MANAGEMENT, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff Gregory Tauber's Notice of Voluntary Dismissal With Prejudice [DE 5], and having considered the Notice and the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the above-referenced action is **DISMISSED with prejudice**. It is further

**ORDERED AND ADJUDGED** that any pending motions are **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 4th day of January, 2008.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record